UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| N. F., a minor suing by and through her mother and next friend, GINA HUMBER | : : : : | |
| VS. | : : | CIVIL ACTION NO. |
| WATERBURY BOARD OF EDUCATION and RALPH BELVEDERE | : : : | OCTOBER 15, 2018 |

## COMPLAINT

1. This is an action to redress the deprivation of rights secured to the plaintiff by the First Amendment to the United States Constitution.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff N. F. is African-American and a minor who resides with her mother, Gina Humber, in Waterbury, Connecticut. She is a student at the Waterbury Arts Magnet School.

4. The defendant Waterbury Board of Education is a government entity which operates all of the public schools in Waterbury, Connecticut, including the

Waterbury Arts Magnet School.  The defendant Ralph Belvedere is an Italian language teacher at the Waterbury Arts Magnet School and the plaintiff is one of his students.

5.  During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6.  On October 3, 2018, and on other dates in September, 2018, the defendant Belvedere has called upon the students in his class, including the plaintiff, to stand and recite the Pledge of Allegiance to the United States flag.

7.  The plaintiff, and other non-Caucasian students in defendant Belvedere's class, have remained seated while the Pledge of Allegiance is recited as a peaceful and non-disruptive expression of their belief that African-Americans suffer from racial discrimination in the United States.

8.  On October 3, 2018, and on the other dates in September 2018 when the plaintiff and others have engaged in the aforesaid silent expression of their beliefs, defendant Belvedere has mocked and shamed them by thanking and praising the students who have stood while accusing the plaintiff of being "dishonest" in her expression of belief.  He has falsely accused the plaintiff of not doing her classwork and on one occasion brought another teacher into the classroom to lecture the students on their supposed lack of patriotism.

9. As a result, the plaintiff has been frightened and intimidated and has suffered emotional distress and anxiety.

10. The defendant Waterbury Board of Education, through its supervisory officials, has been made aware of defendant Belvedere's actions but has done nothing to protect the plaintiff.

11. In the manner described above, the defendants have violated the plaintiff's rights to freedom of speech and expression on matters of public concern, which rights are secured to her by the First Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE the plaintiff claims judgment against the defendants and each of them, jointly and severally for a prospective injunction restraining them from infringing upon the plaintiff's above-described exercise of her First Amendment rights, and requiring them to pay the plaintiff nominal damages and attorney fees; and further requiring the defendant Belvedere to pay the plaintiff a sum of punitive damages sufficient to deter him and others similarly situated from infringing the peaceful exercise of First Amendment rights by the plaintiff and other students in the future.

THE PLAINTIFF

BY: _____/s/_____John R. Williams_____
 JOHN R. WILLIAMS (ct00215)
 51 Elm Street
 New Haven, CT 06510
 203.562.9931
 Fax: 203.776.9494
 jrw@johnrwilliams.com