UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| N. F., A Minor Suing by and Through<br>Her Mother and Next Friend,<br>GINA HUMBER | : <br> : <br> : <br> : | |
| VS. | : | NO. 3:18cv1706(VAB) |
| WATERBURY BOARD OF EDUCATION<br>and RALPH J. BELVEDERE | : <br> : <br> : | FEBRUARY 2, 2019 |

**MOTION TO DISMISS AS TO DEFENDANT BELVEDERE ONLY**

The plaintiff moves to dismiss this action as to the defendant Ralph J. Belvedere only, with prejudice and without costs, because the defendant Belvedere has settled the action against him. The other defendant, however, has not yet agreed to settle and the case should remain pending as to it.

                THE PLAINTIFF

                BY: _____/s/_____(ct00215)_____
                      JOHN R. WILLIAMS (ct00215)
                      51 Elm Street
                      New Haven, CT 06510
                      203.562.9931
                      Fax: 203.776.9494
                      jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/       (ct00215)
                                  JOHN R. WILLIAMS