UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| N. F., A Minor Suing by and Through Her Mother and Next Friend, GINA HUMBER | : : : : | |
| VS. | : : | NO. 3:18cv1706(VAB) |
| WATERBURY BOARD OF EDUCATION and RALPH J. BELVEDERE | : : | FEBRUARY 9, 2019 |

**NOTICE OF VOLUNTARY DISMISSAL**

The plaintiff voluntarily dismisses this action in its entirety with prejudice and without costs, the matter having been fully settled among all parties.

THE PLAINTIFF

BY:     /s/    (ct00215)
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax: 203.776.9494
      jrw@johnrwilliams.com

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 */s/*        *(ct00215)*
                                     JOHN R. WILLIAMS